UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
          Plaintiff(s),

v.

DAIRO ANTONIO USUGA-DAVID
          Defendant(s).

Case No. 04-CR-00962-LAP

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, ARTURO V. HERNANDEZ, ESQ., being duly sworn, hereby depose and say as follows:

1. I am a PARTNER with the law firm of ARTURO V. HERNANDEZ, P.A.
2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of FLORIDA.
4. There are no pending disciplinary proceedings against me in any state or federal court.
5. I HAVE NOT been convicted of a felony. If you have, please describe facts and circumstances.
6. I HAVE NOT been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number if applicable: FLORIDA Bar # 0324978
8. Wherefore, your affiant respectfully submits that he be permitted to appear as counsel and advocate pro hac vice in case 94-CR-00962-LAP for DEFENDANT, DAIRO ANTONIO USUGA-DAVID.

Date 2-11-22

_Arturo V. Hernandez, Esq._
Signature of Movant
Firm Name: ARTURO V. HERNANDEZ, P.A.
Address: Courthouse Center
40 N.W. 3rd Street, Suite #200
Miami, FL 33128
Email: avhlawpa@gmail.com
Phone: (305) 579-4850

**NOTARIZED**

STATE OF FLORIDA / COUNTY OF DADE:
The foregoing instrument was sworn to / acknowledged before me this 11 day of Feb, 2022, by Arturo Hernandez who has produced FDL

NOTARY PUBLIC



Notary Public State of Florida
Chase A Lalani
My Commission GG 190688
Expires 03/31/2022