UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA

      -against-

DAIRO ANTONIO USUGA-DAVID,

                      Defendant.
------------------------------------------------------------------X

04 CR 962 (LAP)

NOTICE OF APPEARANCE

SIR OR MADAM:

      PLEASE TAKE NOTICE that Alexei Schacht, an attorney admitted to practice law before this Court, hereby appears as an attorney of record for the defendant.

      Respectfully submitted,

      _____
      Alexei Schacht
      Attorney at Law
      123 West 94th Street
      New York, New York 10025
      (646) 729-8180
      alexei@schachtlaw.net
      www.schachtlaw.net

Dated:      May 25, 2022